UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN GOLDMAN,<br><br>            Plaintiff,<br><br>    -against-<br><br>ROGERS COMMUNICATIONS INC.;<br>ROGERS MEDIA INC. D/B/A SPORTSNET.,<br><br>        Defendants. | 26 CIVIL 000959 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 14, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 28, 2026

      New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
              Chief United States District Judge